**Slip Op. 04-64**

# UNITED STATES COURT OF INTERNATIONAL TRADE

**BEFORE: SENIOR JUDGE NICHOLAS TSOUCALAS**

_____
                                        :
NTN CORPORATION, NTN BEARING            :
CORPORATION OF AMERICA, AMERICAN        :
NTN BEARING MANUFACTURING               :
CORPORATION, NTN DRIVESHAFT, INC.,      :
NTN-BOWER CORPORATION and NTN-BCA       :
CORPORATION,                            :
                                        :
                 Plaintiffs,            :
                                        :
           v.                           :      Court No.
                                        :      00-09-00443
UNITED STATES,                          :
                                        :
                 Defendant,             :
                                        :
           and                          :
                                        :
TIMKEN U.S. CORPORATION,                :
                                        :
                 Defendant-Intervenor.  :
_____ :

## JUDGMENT

This Court, having received and reviewed the United States Department of Commerce, International Trade Administration's ("Commerce") Final Remand Determination pursuant to NTN Corp. v. United States, 28 CIT ___, 306 F. Supp. 2d 1319 (2004), and Commerce having complied with this Court's instructions contained therein, it is hereby

**ORDERED** that the Final Remand Determination is affirmed in its entirety, and it is further

**ORDERED** that since all other issues have been decided, this case is dismissed.

                              /s/ Nicholas Tsoucalas
                              **NICHOLAS TSOUCALAS**
                              **SENIOR JUDGE**

Dated:     June 9, 2004
           New York, New York